RECEIVED
MAY 2 2 2013
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 13-356(PGS) |
| VS | : | |
| ROBERT CARLSON | : | ORDER OF RELEASE |

It is on this 22th day of May, 2013 ORDERED:

That bail be fixed at $50,000.00 and the defendant be released upon:

(a.) Executing an unsecured appearance bond.
b. Executing an appearance bond and depositing in cash in the registry of the Court _____ % of the bail fixed.
c. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof.
d. *[handwritten]* sustains from use of alcohol

It is further ORDERED that, in addition to the above, the following special conditions are imposed:

1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; and not retaliate against any witness, victim or informant in this case.
2. That the defendant be restricted in travel to:
   NEW JERSEY (X)  NEW YORK ( )  PENNSYLVANIA ( )
   and Connecticut
(X) Surrender his/her passport and/or not apply for a new passport.
(X) Report to Pretrial Services *as directed*
(X) Additional Conditions:

U.S.D.J. PETER G. SHERIDAN